# PECHMAN LAW GROUP PLLC
## ATTORNEYS AT LAW

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

NOV 2 1 2019

November 20, 2019

VIA ECF

District Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

SO ORDERED: 11/21/19

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Re: Kaszak v. Trattoria Tre Colori Inc., et al.
19 Civ. 04723 (AJN)(JLC)

Dear Judge Nathan:

So Ordered: We represent Plaintiff in the above-referenced case and write jointly with Defendants' counsel to request a 30-day stay of all discovery in this wage and hour matter pending the conclusion of the parties' upcoming settlement conference with Magistrate Judge James L. Cott, which has been confirmed to take place on December 9, 2019 (ECF No. 27). This is the parties' first request for a stay of discovery.

So Ordered: The parties respectfully request the stay in order to conserve their resources and focus on engaging in good faith settlement negotiations prior to and during the aforementioned settlement conference. Should the Court grant the parties' request, the parties propose either advising Your Honor of any agreed-upon settlement in principle or, alternatively, submitting a proposed Revised Scheduling Order to the Court, no later than December 13, 2019.

We thank the Court for its time and consideration.

Respectfully submitted,

s/ Gregory S. Slotnick
Gregory S. Slotnick

cc: All Counsel of Record (via ECF)