UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Monika Kaszak,

    Plaintiff,

—v—

Trattoria Tre Colori Inc., *et al.*,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 2 3 2019

19-cv-4723 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In an Order dated December 11, 2019, Magistrate Judge Cott advised that the parties in the above-captioned action reached a settlement in a settlement conference before him on December 9, 2019. *See* Dkt. No. 31 at 1. He further advised that the parties represented that they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the him and would submit a consent form "in the near future." *Id.* As of the date of this Order, the Court is not in receipt of such a form.

If the parties consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Judge Cott, they shall file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form by January 6, 2019. The parties are reminded that they are free to withhold consent without negative consequences.

SO ORDERED.

Dated: December 23, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge